USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/13

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2013

**BY FACSIMILE**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

Re:   **Vernon Adderley v. United States**
      **04 Civ. 2761 (DAB)**
      **99 Cr. 574 (DAB)**

Dear Judge Batts:

MEMO ENDORSED

The Government respectfully submits this letter to request appointment of counsel for Vernon Adderley in connection with his pending petition under Federal Rule of Civil Procedure 60(b)(6). The Government's response to the defendant's petition is due tomorrow, January 11, 2013. The Government has now closely considered the claims raised in the defendant's petition. While we believe the petition to be untimely, procedurally barred, and otherwise inappropriate for the relief sought, the defendant has raised what appear to be non-frivolous issues concerning his designation as a Career Offender under the Sentencing Guidelines. Accordingly, the Government respectfully requests that the Court appoint CJA counsel to represent the defendant in connection with the instant petition and grant an additional 90 days for the Government to respond, so that the Government can discuss these issues with an attorney and come to an appropriate resolution.

MEMO ENDORSED

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Christian R. Everdell
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

*Handwritten endorsement:* Granted. Matter is referred to Magistrate Judge for appointment of non-conflicted counsel prior to 1/29/13.
/DAB/
1/15/13

SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
1/15/13

TOTAL P.001