```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERNON ADDERLEY,                                  :
                                                  :
                           Plaintiff,             :
                                                  :          1:16-cv-04337-GHW
              -against-                           :          1:99-cr-574-DAB-3
                                                  :
UNITED STATES OF AMERICA,                         :              ORDER
                                                  :
                           Defendant.             :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

On February 27, 2020, the Government submitted a letter, which suggests that the parties agree that the petition for habeas corpus pending before the Court is not viable. Dkt No. 17. If it is true that both parties agree that the petition is not viable, the Court requests that the parties confer regarding the possible submission of a stipulation to dismiss the petition. In the absence of such a stipulation, the Court will be required to independently evaluate the merits of the petition, which would require the investment of limited judicial resources. If the parties do not submit such a stipulation, they are directed to submit a joint status letter explaining the current status of briefing in the case, with reference to any currently pending applications on the docket, no later than March 19, 2020.

In light of the Government's recent submission, the reference to Magistrate Judge Fox is withdrawn.

SO ORDERED.

Dated: March 2, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge